## IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| Milagro Elizabeth Morales Perez, *et al.* | * |
| **Plaintiffs** | * |
| v. | *   Case No.: RWT 17-2138 |
| SCUMV Group, Inc., et al. | * |
| **Defendants** | * |

\*   \*   \*   \*   \*   \*   \*

**ORDER**

Upon consideration of the Parties' Joint Motion and Memorandum for Approval of Settlement Agreement, it is this ____ day of _____, 2017, hereby

ORDERED, that the Parties' Joint Motion shall be granted, and it is further

ORDERED, that the Plaintiffs' present case against Defendants shall be dismissed, with prejudice.

_____
U.S. District Court Judge for the
District of Maryland