## IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND
### (Southern Division)

Milagro Elizabeth Morales Perez, *et al.*     *

    Plaintiffs                 *

v.                               *     Case No.:  RWT 17-2138

SCUMV Group, Inc., *et al.*           *

    Defendants             *

*    *    *    *    *    *    *

### ORDER

Upon consideration of the Parties' Joint Motion and Memorandum for Approval of Settlement Agreement, it is this _30_ day of _October_, 2017, hereby

ORDERED, that the Parties' Joint Motion shall be granted, and it is further

ORDERED, that the Plaintiffs' present case against Defendants shall be dismissed, with prejudice.

 

 

_____
U.S. District Court Judge for the
District of Maryland